USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

FREDY GUTIERREZ-PINTO
DIN 13A0199
Green Haven Correctional Facilit
P.O Box 4000
Stormville, NY 12582

RE[CEIVED]
AUG 2 7 2026
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

The Chambers of the Hon. Nelson S. Roman
United States District Court
Southern District of New York
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

RE: 17 Civ. 6187 (NSR) (AEK)

MEMO ENDORSED

Honorable Nelson S. Roman:

This letter is written to request an extension of time to perfect my response to the Report and Recommendation of the Hon. Andrew E. Krause, United States Magistrate Judge, of this Court. I am requesting a ninety (90) day extension for the following reasons:

1. Due to the shortage of staffing in Green Haven Correctional Facility, in fact, the whole of the Department of Corrections and Community Supervision (DOCCS), it is difficult at this time to get to the Law Library on a consistent basis because of the closure of Building 12, the location of the Law Library;

2. Because of the complexity of the issues at hand, I need the assistance of a knowledgeable clerk to explain to me what has been decided. I am a layman of the law and at most times, legal matters are above the level of understanding; and

3. As you will realize, I do not speak, read, or write English. I had an interpreter at trial who translated the whole proceeding to me in Spanish. In the Law Library of this facility has only two clerks that can assist me in the answering of the Report and Recommendation.

Therefore, with the reasons stated above, I hope that this Court can grant me the time extension that I need to perfect and answer the Report and Recommendation in a proper and understandable manner. There are many contradictions and a proper opposition is needed to hopefully sway this Court to a decision more favorable to me.

Thank you for your time and attention to this important matter and I hope to hear from you soon.

Dated: August 20, 2026

Respectfully yours,

Fredy Gutierrez-Pinto

**Plaintiff's request for an extension is granted in part. Plaintiff is granted a 60-day extension. The Clerk of the Court is kindly directed to mail a copy of this endorsement to pro se plaintiff at the address listed on ECF and to show service on the docket.**
**Dated: August 27, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Fredy Gutierrez DIN: 13A0199

GREEN HAVEN

NEOPOST
08/20/2026
US POSTAGE $000.78⁰
FIRST-CLASS MAIL
IMI
ZIP 12582

RECEIVED
AUG 27 2026
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

The Chamber of the Hon. Nelson S. Roman
United States District Court
Southern District of New York
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

1060134150 C009

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Fredy Gutierrez DIN: 13A0199

Printed On Recycled Paper